In the Matter of FRANK H. INNES, as District Attorney of Richmond County, against THOMAS F. COSGROVE, as County Judge of Richmond County, et al., Respondents.

JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Appellant.

Argued May 28, 1942; decided June 18, 1942.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* and *William J. Butler* of counsel), for appellant.

*Abraham Shamos, Rudolph E. Uhlman* and *Peter F. Gulotta* for Carl A. Richter, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.